

# Fourth Court of Appeals
## San Antonio, Texas

February 14, 2020

No. 04-20-00039-CR

Clovis Douglas **COOPER**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 19-2106-CR-B
Honorable Gary L. Steel, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before March 23, 2020.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of February, 2020.

_____
Michael A. Cruz,
Clerk of Court